AUSA RAD

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8356

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Martha Lilia TORRES<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about April 27, 2008, within the Southern District of California, defendant Martha Lilia TORRES did knowingly and intentionally import approximately 48.22 kilograms (106.30 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rosalinda Estrada, Special Agent
Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Martha Lilia TORRES

## Statement of Facts

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Rosalind Estrada.

On April 27, 2007, at approximately 0931 hours, Martha Lilia TORRES attempted to enter the United States from the Republic of Mexico through the Calexico, California East Port of Entry. TORRES was the driver and sole occupant of a 1997 Honda Accord bearing BAMX license plate AJA 1025. TORRES was also the registered owner of the vehicle.

TORRES stated to Primary Customs and Border Protection Officer (CBPO) Araujo she was going to Calexico and gave CBPO Araujo a negative Customs declaration. CBPO ARAUJO then referred TORRES and the vehicle to the vehicle secondary lot for further inspection.

During secondary examination, CBPO Baca received a negative oral Customs declaration from TORRES. When CBPO TORRES inquired about the vehicle, TORRES stated she owned the vehicle and it was registered in her name. TORRES further stated she was going to the Walmart in Calexico, CA. CBPO Baca then requested CBP Canine Enforcement Officer (CEO) Alba utilize his Human Narcotics Detector Dog (HNDD) on the vehicle. CEO Alba's HNDD alerted to the rocker panels of the vehicle.

Upon further inspection of the vehicle, CBPO Baca discovered thirty-five (35) packages wrapped in clear cellophane tape, concealed inside the rocker panels, quarter panels and specially built compartment in the gas tank of the vehicle. The packages contained a green leafy substance, which field-tested positive for marijuana. The 35 packages had a combined weight of approximately 48.22 kilograms (106.08 pounds).