FILED

08 MAY -7 PM 4:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA LILIA TORRES,<br>Defendant. | Criminal Case No. '08 CR 1463 BTM<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about April 27, 2008, within the Southern District of California, defendant MARTHA LILIA TORRES did knowingly and intentionally import approximately 48.22 kilograms (approximately 106.30 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

CJB:nlv:Imperial
5/5/08

Count 2

On or about April 27, 2008, within the Southern District of California, defendant MARTHA LILIA TORRES did knowingly and intentionally possess, with intent to distribute, approximately 48.22 kilograms (approximately 106.30 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 7, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney