**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Ms. Torres

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**MARTHA LILIA TORRES,**<br>Defendant. | Case No. 08CR1463-BTM<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) PRESERVE, INSPECT EVIDENCE, AND REWEIGH EVIDENCE** |

Defendant, Martha Lilia Torres, by and through her attorneys, Erica K. Zunkel and Federal Defenders of San Diego, Inc., hereby moves this Court for an order to preserve all evidence related to this case and to allow her to inspect all evidence related to this case. Defense counsel has been informed that the narcotics evidence in this case will be destroyed and the car Ms. Torres was driving at the time of her arrest will be released on or about June 26, 2008 absent the above-requested court order.

Respectfully submitted,

DATED: June 9, 2008

*s/ Erica K. Zunkel*
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Martha Torres
erica_zunkel@fd.org