FILED

2008 JUN 17 PM 1:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KWH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA LILIA TORRES,<br>Defendant. | Case No. 08CR1463-BTM<br><br>**ORDER TO PRESERVE AND RE-WEIGH ALLEGED DRUG EVIDENCE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and his agents, for examination and weighing without packaging, the drugs seized in the above-referenced case. The government and its agents are further ordered, for a period of ninety (90) days from the date of this order, not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Ms. Torres, and an opportunity to respond.

**SO ORDERED.**

Dated: 6/17/08

HONORABLE BARRY T. MOSKOWITZ
U.S. District Court Judge