FILED

2008 JUN 17 PM 1:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA LILIA TORRES,<br>Defendant. | Case No. 08CR1463-BTM<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the motion hearing/trial setting set June 26, 2008 be rescheduled to **Friday, August 8, 2008, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED: 6-17-08

**HONORABLE BARRY T. MOSKOWITZ**
United States District Judge