FILED
2008 JUN 17 PM 1:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNA DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA LILIA TORRES,<br>Defendant. | Case No. 08CR1463-BTM<br><br>**ORDER TO VIEW AND PHOTOGRAPH <u>THE VEHICLE</u>** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and his agents, for examination, viewing and photographing the vehicle seized in the above-referenced case and all property obtained or seized from the defendant. The government and its agents are further ordered, for a period of ninety (90) days from the date of this order, not to destroy, transfer or otherwise dispose of the vehicle or the above property prior to their examination, viewing and photographing, without emergency application to this Court, notice to Ms. Torres, and an opportunity to respond.

MM MM

**SO ORDERED.**

Dated: 6-17-08

HONORABLE BARRY T. MOSKOWITZ
U.S. District Court Judge