**UNITED STATES v. MARTHA LILIA TORRES**
**U.S.D.C. Case No. 08CR1463-BTM**

## INDEX OF EXHIBITS

Transcript of Interview of Martha Lilia Torres (Exhibit A). . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2
Reporter's Partial Transcript of Proceedings Dated January 11, 2007 (Exhibit B). . . . . . . Page 35
Reporter's Transcript of Proceedings Dated January 11, 2007 (Exhibit C). . . . . . . . . . . . . Page 67

# EXHIBIT A

# Translated transcript

## Portion from

## 01:26:29 until 1:54:01

## (time on screen)

## of the

## Video Recorded Interview

## of

## Martha Lilia Torres

## U.S. v Martha Lilia Torres

Legend:

ESTRADA: Special Agent Estrada

HARVEY: Special Agent Harvey

TORRES: Martha Lilia Torres

[UI]: Unintelligible utterance

[IA]: Inaudible answer.

*Italics*: Spoken in English

[OV]: Overlapping voices.

[PL]: Plural where ambiguity exists

[S]: Singular where ambiguity exists

[M]: Masculine

[F]: Feminine

[N]: Neutral gender

[PH]: Phonetic

***[Translator's note: HARVEY'S errors mixing up and being inconsistent when using the formal and informal manners of address in Spanish are too numerous to note. They occur throughout the interview].***

00:05:0300:05:03 [this is the elapsed time from the beginning of the recording set at 00:00:00] [00:05:03 CORRESPONDS TO THE 1:26:29 THAT APPEARS AS A TIME MARKER ON THE RECORDING]

**HARVEY:** Martha, before, before we start with the questions and all that, I want to tell you that we were at this job a lot [SIC]. We have many people that, that bring drugs, okay?

**TORRES:** Uh-huh.

**HARVEY:** And right now when I ask you, uhm, we ask you uhm, questions, that, that, if you can tell me the truth, okay? It is very important because it can help, it can help you, okay? Uhm, how much were they going to pay you to bring the, the drugs?

**TORRES:** I didn't know about that.

**HARVEY:** You didn't know?

**TORRES:** [IA]

**HARVEY:** About the drugs?

**TORRES:** No, I didn't- I was going to Santo Tomas.

**HARVEY:** Excuse me?

**TORRES:** I was going to Santo Tomas - -

**HARVEY:** Yes?

**TORRES:** - - and I was with my . . . it is that I am separated from my husband.

**HARVEY:** Uh-huh.

**TORRES:** I was going with another person. And I would lend my car to that person.

**HARVEY:** What, what, what is that person's name?

**TORRES:** Gustavo Mesa Vargas.

**HARVEY:** Gustavo Mesa . . .

**TORRES:** Vargas.

**HARVEY:** Vargas.

[RADIO SOUNDS AND UNIDENTIFIED VOICE ON THE RADIO]

00:06:0400:06:04

**TORRES:** Can you turn it off?

**HARVEY:** Who is he? [OV] Who is he?

**TORRES:** They are friends [UI] or I don't know who.

**HARVEY:** And, he is your boyfriend right now, this person? [UI]

**TORRES:** Well, I was going out with him.

**HARVEY:** Yes?

**TORRES:** Uh-huh.

**HARVEY:** And, whose car is it?

**TORRES:** The car is mine.

**HARVEY:** It's your car? For how long have you had it.

**TORRES:** I have had it for six months. And I had not, well, taken care of the paperwork.

**HARVEY:** Excuse me?

**TORRES:** I had slowly taken care of the paperwork.

**HARVEY:** Oh, but right now it is under another person's name?

**TORRES:** Mine, it's mine.

**HARVEY:** Oh, it's yours?

**TORRES:** Uh-huh. [UI]

**HARVEY:** Okay, and who did you buy this car from?

**TORRES:** Who did I buy it from?

**HARVEY:** Yes.

**TORRES:** At a lot.

**HARVEY:** At a lot? And for how long have you . . .

**TORRES:** Well, I almost- Uhm, I have six months with it.

**HARVEY:** Six months?

**TORRES:** Uh-huh.

**HARVEY:** And in those six months has someone else driven it, or not? Just you?

00:07:0300:07:03

**TORRES:** No just, he, he and I.

**HARVEY:** Yes?

**TORRES:** Well, he, in fact, a long time ago I [UI] him about, about my payment to Banco Azteca.

**HARVEY:** Yes.

**TORRES:** Sometimes he [UI] bad, he goes to Sinaloa, he came back and I wanted to see with him: You know what? I need you to pay and that and he told me, well, he would brainwash me: No that yes, yes I am going to pay you and I don't know what.

**HARVEY:** And . . .

**TORRES:** So he was going to [UI] have my car . . .

**HARVEY:** Uh-huh.

**TORRES:** And, uhm, and I, so that, I made him believe that yes, well, nothing is going on, like that I am not mad at him or nothing, but so that he pay, so that he pays Banco Azteca.

**HARVEY:** Yes.

**TORRES:** And, uhm, and he, what he did, well he would say: Oh, loan me the car to go to my house, or because he doesn't have a car. So I would lend it to him.

00:08:0000:08:00

**HARVEY:** Uh-huh.

**TORRES:** I have another one. Like this with American plates, they haven't imported it.

**HARVEY:** Okay.

**TORRES:** So, uhm [OV]

[RINGTONE]

What I, what I did, was: Okay, then try to [UI] his distrust, to him, that is trust for him. Why? Because, well I said so that he pays [UI] [OV]

**HARVEY:** Okay, Right now, when is the last time that he drove the [F] [SIC], the [M] car.

**TORRES:** I loaned it to him yesterday.

**HARVEY:** Yesterday?

**TORRES:** Uh-huh.

**HARVEY:** And where did he go yesterday with the car?

**TORRES:** At night, well he would take it to his house; he lives with his parents.

**HARVEY:** So he had the car all night?

**TORRES:** Uh-huh.

**HARVEY:** [UI]

**TORRES:** Since he knows that I have another one, I tell him [UI], I can lend it to you.

**HARVEY:** And when did he, when did he give you the car?

**TORRES:** He gave it to me- I went for it now, in the morning.

**HARVEY:** Yes? What, which time [SIC] in the morning?

**TORRES:** I called him and I told him that I wanted to go to Santo Tomas.

**HARVEY:** In which time [SIC] in the morning?

**TORRES:** About seven.

**HARVEY:** Seven?

**TORRES:** Uh-huh.

**HARVEY:** And . . . from seven you went to- at seven you went to [M] [SIC] Gustavo's house?

00:09:0300:09:03

**TORRES:** Uh-huh, yes.

**HARVEY:** And where did you go from there?

**TORRES:** Well I already- I told [you or he] that I was coming to Santo Tomas because I had to buy, I had to buy some water dispensers for my house and for work.

**HARVEY:** Yes, so, uhm, you grabbed the car and you just came - -

**TORRES:** He wanted to come here. He was going to see me in Santo Tomas. And he said to me: You lend me the car when I am there. I will go [downtown or El Centro] to visit a relative [OV].

**HARVEY:** In which car? How was he going to come?

**TORRES:** Well according to him he was going to go on foot.

**HARVEY:** He was gonna go on foot?

**TORRES:** Uh-huh.

**ESTRADA:** He cam [SIC] with you, here in the, up to the Port of Entry, or not?

**TORRES:** No, he told me: I'll see you there, because he had just gotten up. [UI] I will see you there, he told me. And I told him that I was going to Santo Tomas. He knows that I go or I go to Las Palmas.

**HARVEY:** Okay.

**TORRES:** Since, since he didn't have a car before I imported it, well, I go on foot.

**HARVEY:** Okay. Uh, I want to tell you something right now, okay?

**TORRES:** Uh-huh.

**HARVEY:** Look, bringing drugs is very serious here. Do you understand? The [M] rules [F] [SIC] of the United States . . .

00:10:0400:10:04

**TORRES:** Uh-huh.

**HARVEY:** . . . are very serious [M] [SIC], of bringing drugs [SIC]. Do you understand?

**TORRES:** Uh-huh.

**HARVEY:** And . . . look, how many children do you have?

**TORRES:** Three.

**HARVEY:** Do you work right now?

**TORRES:** Yes.

**HARVEY:** Yes? Where do you work?

**TORRES:** Uhm, there downtown, Mexico, well Mexicali.

**HARVEY:** Okay, because right now, I am going to tell you that we are going to take you to jail.

**TORRES:** Uh-huh.

**HARVEY:** And, you have two children?

**TORRES:** Three children.

**HARVEY:** Three children. I am going to tell you what happened today, okay?

**TORRES:** Uh-huh.

**HARVEY:** Your boyfriend gave you the car. You were going to bring him the car. If this person is your boyfriend, he is a mate, something like that.

**TORRES:** Uh-huh.

**HARVEY:** He gave you the car. You were going to get it across and he- Why was he going to come on foot and you in the car? That story that you are telling me doesn't look [SIC] well. I am going to tell you why.

**TORRES:** Uh-huh.

**HARVEY:** Because he was there, he is the owner of the drugs. I don't, I don't think that you are the owner [OV].

00:11:0200:11:02

**TORRES:** [OV] Well in fact he consumes or used to consume.

**HARVEY:** Okay, and he was going to pay you money to bring that car, okay? Because I already, I already know that you told the inspectors that you were going to go to Walmart; you weren't going to go to Santo Tomas.

**TORRES:** No I didn't tell them, I said Santo Tomas.

**HARVEY:** Yes?

**TORRES:** Yes. I did not say Walmart. I have crossed; I have gone to Walmart, but not like other times [OV] [RINGTONE]

**HARVEY:** Can you answer it? Answer it.

**TORRES:** Yes.

**HARVEY:** And you put it on *speaker.*

**TORRES:** Go ahead.

**UNIDENTIFIED MALE VOICE ON THE RADIO:** Good afternoon miss, how have you been?

**TORRES:** Good afternoon.

**HARVEY:** Who is it?

**UNIDENTIFIED MALE VOICE ON THE RADIO:** What are you doing? How has your day been?

**TORRES:** It's a client- he gets his hair cut at, at my work.

**HARVEY:** Okay.

**TORRES:** Well, well.

**UNIDENTIFIED MALE VOICE ON THE RADIO:** [UI]

**TORRES:** What?

**UNIDENTIFIED MALE VOICE ON THE RADIO:** Why are you sad, what do you have?

**TORRES:** Nothing, [UI]

**UNIDENTIFIED MALE VOICE ON THE RADIO:** Did you go to work, or not?

**TORRES:** No.

**UNIDENTIFIED MALE VOICE ON THE RADIO:** And that? Are you sick, did you wake up hangover or what?

**TORRES:** Well I had already mentioned that I was feeling a little bit sick.

**UNIDENTIFIED MALE VOICE ON THE RADIO:** What do you say?

**TORRES:** I had already mentioned to you that I was feeling a little bit sick.

**UNIDENTIFIED MALE VOICE ON THE RADIO:** Oh, oh, oh, how do you feel?

**TORRES:** So-so.

**UNIDENTIFIED MALE VOICE ON THE RADIO:** Yes, it is that they gave me a telephone, but since I don't have a charger, I left it inside a car [UI] and I need to make a call.

**HARVEY:** A car, a car asked to be looked after.

**TORRES:** No, he left it in the car, charging [OV].

**UNIDENTIFIED MALE VOICE ON THE RADIO:** [OV] [UI] fifty.

**TORRES:** He left it in the car charging with the charger, that's why he was calling me here.

**TORRES:** Well nothing, you see that I dialed uhm, well, I don't know. It was yesterday that I called [you or him] [UI] because I had not called.

**HARVEY:** Okay, that's fine [UI]

**UNIDENTIFIED MALE VOICE ON THE RADIO:** [UI]

**TORRES:** Already?

**UNIDENTIFIED MALE VOICE ON THE RADIO:** [UI] I am struggling a lot with this one, remember. [UI]

**TORRES:** What do I tell him, that?

**HARVEY:** We turn it off? I am just going to turn it off.

**TORRES:** Okay.

**HARVEY:** Okay, so you have had this car for six months - -

**TORRES:** [UI]

**HARVEY:** - - the last thing is that your boyfriend, Gustavo had it, it is yesterday [SIC]; and you picked it up in the morning [OV]

**TORRES:** Well, yes, I told him . . .

**HARVEY:** And afterwards you came to the Port of Entry.

**TORRES:** In fact, in fact I had already loaned him a car, mine, the other one, my other car.

00:14:0100:14:01

**HARVEY:** Yes?

**TORRES:** He already knew that I was going to lend him.

**HARVEY:** What type of car is that?

**TORRES:** It's a . . . a small car, an old Toyota; it doesn't have Mexican plates.

**HARVEY:** How is it? What type of car is it? Small, but what?

**TORRES:** Toyota Celica.

**HARVEY:** Yes? Plates, what, from Baja, or . . . from California?

**TORRES:** From here.

**HARVEY:** From California?

**TORRES:** From California.

**HARVEY:** And is [SIC] in your name here in the United States? This car?

**TORRES:** They were putting it under my name.

**HARVEY:** Yes? Who was putting it under your name?

**TORRES:** Well, I went to the DMV. They were putting it under my name - -

**HARVEY:** Uh-huh.

**TORRES:** - - but it needed to pass *check smog* [SIC] for [UI] but - -

**HARVEY:** Okay.

**TORRES:** - - but - -

**HARVEY:** And this car, this car that you had today, you have had it for six months, and how much was it that you paid for this car? How much did you pay?

**TORRES:** For the car?

**HARVEY:** Yes.

**TORRES:** Uhm, it was two thousand five hundred.

**HARVEY:** And you bought it from a lot, there in Mexicali?

00:15:0300:15:03

**TORRES:** Uh-huh. I did a layaway on it. You can do a layaway, give a down payment and you start making payments [UI] until you finish paying.

**HARVEY:** And where do you work there in Mexicali?

**TORRES:** At a hair cutting place.

**HARVEY:** Yes? And how much, how much do they pay you?

**TORRES:** Whatever I do.

**HARVEY:** Yes? How much do you get monthly, more or less, how much do you get?

**TORRES:** Uhm, well, I wouldn't know what to say, because - -

**HARVEY:** But, I estimate [SIC] how much.

**TORRES:** More or less?

**HARVEY:** Yes.

**TORRES:** Uhm, some nine thousand pesos, more or less.

**HARVEY:** And you have Bills [SIC] and all that?

**TORRES:** I have what?

**HARVEY:** Do you have Bills [SIC] and all that?

**TORRES:** What is that?

**HARVEY:** Eh, payments for - -

**TORRES:** Receipts?

**HARVEY:** - - telephone - -

**TORRES:** [UI]

**HARVEY:** - - for the house, rent, something like that.

**TORRES:** For my house, yes.

**HARVEY:** Yes? How much do you pay in rent, monthly?

00:16:0000:16:00

**TORRES:** Rent, it is my house, my house.

**HARVEY:** Well, so how much do you pay?

**TORRES:** Uhm, telephone is 175 pesos.

**HARVEY:** Yes.

**TORRES:** Uhm, the Nextel is 500 pesos, monthly. Electricity is like 100 pesos.

**HARVEY:** And your payment?

**TORRES:** Water is 100 pesos.

**HARVEY:** And you have three children, no? You have to pay for food and all that?

**TORRES:** Oh, yes, but their dad gives me.

**HARVEY:** Yes?

**TORRES:** Their father works also and he gives me. He has [a] car. In fact, we both work.

**HARVEY:** And . . . when you were going to come today up to Santo Tomas, what were you going to do there? You are- you were going to buy something [OV]?

**TORRES:** [OV] [UI]

**HARVEY:** And from there, where were you going to go?

**TORRES:** Well I was going to return, because I am supposed to work now.

**HARVEY:** At which time [SIC]?

**TORRES:** I go in at, from eight, nine, I have tolerance to arrive until ten, eleven because no - -

**HARVEY:** You were just going to go to work for two hours?

**TORRES:** No, no, no, no, no.

**HARVEY:** [UI]

**TORRES:** We now close at six in the afternoon.

**HARVEY:** Uh-huh.

**TORRES:** And, uhm, I could've gone in like at- to my work about eleven. I said , well maybe [UI] I go buy that; I come back. Supposedly that's what I was going- because he said: Oh [UI] what you look for. You know what? You loan me the car and I go [downtown or El Centro] and I go and come back.

**HARVEY:** Nobodyn [SIC], nobodyn [SIC] told you to get this car across?

**TORRES:** What?

**HARVEY:** How many [M] times [F] [SIC] have you got this car across? You have entered or got it across?

**TORRES:** Three times.

**HARVEY:** Like how many?

**TORRES:** Three.

**HARVEY:** Three?

**TORRES:** Three, four [UI] because I had just nationalized it. I put plates on it last week. The, well, the plates, under my name.

**HARVEY:** And Gustavo wasn't going to give you money to get this car across?

00:17:5700:17:57

**TORRES:** No, no, in fact, I want him to pay, but pay for the [UI]. So, I had- I have even sued him. And he told me: "Well, no withdraw the suit". Just that according to him he wasn't here; he was in Mazatlan and he came here. "If you withdraw the suit, I'll go pay that", because [UI] he has a credit card that he obtained.

**HARVEY:** *Rosa [PH], you got anything?*

**ESTRADA:** And why do you have two telephones?

**TORRES:** Well, the radio, uhm, well there at my job. My co-workers, uhm, the owner [F]. I have cards for- that is, I am a stylist but I work at the hair cutting place.

**ESTRADA:** Yes, buy why two telephones?

**TORRES:** Well, because I want to have radio and cellular. I have a long time with the cellular. In fact, I have clients, clients who come- that man is [UI] he lives here - -

**HARVEY:** Who gave that telephone there?

00:19:0300:19:03

**TORRES:** What telephone?

**HARVEY:** That one.

**TORRES:** The radio?

**HARVEY:** Yes.

**TORRES:** I obtained it with a plan, here, well, in Mexicali.

**ESTRADA:** Remember that I told you that it was very important that you tell us the truth?

**TORRES:** Uh-huh.

**ESTRADA:** And you are not doing that.

**TORRES:** I obtained the radio.

**ESTRADA:** [UI] [OV]

**HARVEY:** But, not about the radio, about everything that happened today.

**TORRES:** Why?

**HARVEY:** Because we look [SIC] this every day.

**TORRES:** Okay.

**HARVEY:** People come and they give them- they pay them money to bring the car . . .

**TORRES:** Uh-huh.

**HARVEY:** . . . inside the United States, and they leave it there at Santo Tomas, at Walmart . . .

**TORRES:** Uh-huh.

**HARVEY:** . . . and they are gonna go back. And I am [SIC] in truth that this [M] person [F] [SIC], Gustavo . . .

**TORRES:** Uh-huh.

**HARVEY:** . . . is the owner of drugs [SIC] if not, you, [UI] you are just bringing.

**TORRES:** But in fact he told me that he was going to clean the car and he did clean it for me. He told me [UI] I said, I don't want [OV] [UI]

**HARVEY:** [UI] He was going to clean the car, where?

00:20:0200:20:02

**TORRES:** He told me I- there at this house. I, I'll clean the car for you, he told me. So I, I don't want to have problems with him because I want him to pay.

**HARVEY:** He never offered you work or something like that?

**TORRES:** That I know, no, he worked in [OV] - -

**HARVEY:** That you know or yes or no?

**TORRES:** Well I just, the time that I had been going out with him, because I have had a long time going out with him, Uhm . . . Gustavo consumes drugs.

**HARVEY:** What? Excuse me?

**TORRES:** He consumes drugs and if he sometimes: Oh it is that I am going to go [OV] - -

**HARVEY:** He consumes?

**TORRES:** Uh-huh.

**HARVEY:** Or not?

**TORRES:** Yes, yes, yes, - -

**HARVEY:** He uses?

**TORRES:** - - well for personal use.

**HARVEY:** Yes.

**TORRES:** And he says: Oh, you know what? Well I'm gonna go, I'm gonna go buy uhm, that according to him he's gonna buy for himself. The only thing I know - -

**HARVEY:** He told you this yesterday?

**TORRES:** No, he has always told me.
**HARVEY:** Oh, okay.
**TORRES:** That is, I am telling you about the time that we had been together.
**HARVEY:** Yes.
**TORRES:** That I know that he consumes drugs [OV].
**HARVEY:** So, you know that this [M] person [F] [SIC], Gustavo . . .
**TORRES:** Uh-huh.
**HARVEY:** . . . he has friends, he . . .
00:21:0100:21:01
**TORRES:** Well, yes he has many friends - -
**HARVEY:** . . . he goes with people who use drugs . . .
**TORRES:** . . . as well as sell, I imagine.
**HARVEY:** They sell drugs?
**TORRES:** Yes, yes, in fact he went to Mazatlan and he hadn't come - -
**HARVEY:** Look - -
**TORRES:** - - and I don't know why he went.
**HARVEY:** Okay, right now- look, after today . . .
**TORRES:** Uh-huh.
**HARVEY:** . . . you are not going to have a chance to speak, okay? Right now is your only [F] time [M] [SIC]. . .
**TORRES:** Uh-huh.

**HARVEY:** . . . to speak and tell the truth. And once you tell me that this person always is with people who use drugs or sell drugs - -

**TORRES:** Well, I imagine, because he knows were to connect it or where to look for it.

**HARVEY:** Yes?

**TORRES:** I imagine that he must say, Well I go to such a place because that person sells.

**ESTRADA:** Okay, you know what is hurting you now?

**TORRES:** Uh-huh.

**ESTRADA:** Because the car is yours, the drugs are yours.

**TORRES:** Because the car is under my name, true? [UI]

**ESTRADA:** That's what happens. So if you keep on saying what you are saying and don't say, don't tell us the truth. We know what the truth is, but you continue, to continue, you want to continue with a same story so, this, this is going to stay in you.

**HARVEY:** If - -

**ESTRADA:** If you want to take the responsibility, that's up to you, but this is your only opportunity that you are going to have [OV].

00:22:1400:22:14

**TORRES:** [OV] What I say is that you can investigate Gustavo, you can go investigate him.

**HARVEY:** Gustavo is your boyfriend?

**TORRES:** Well yes.

**HARVEY:** No?

**TORRES:** Yes, well, yes.

**HARVEY:** You are with a [M] person [F] [SIC] who does this? And look, you, you [OV]

**TORRES:** [OV] [UI] I had never done- known that he did go like this or sold or, or, or brought trips, I didn't. I knew that he consumes.

**HARVEY:** Look, look that this person is pusing [SIC] you in what situation. You are here; he is there walking.

**TORRES:** Uhm, well you know what? Well yes, I know, it is already the second time because of being a dummy, because - -

**HARVEY:** Yes. And you have three children and you are going to do this? He is going to - you are not even going to see your children with this because he . . .

**TORRES:** This happens to me for being dumb. Because I had already [OV] [UI]

**HARVEY:** How much was he going to pay you?

**TORRES:** He wasn't going to pay me anything, I didn't know about that. If I, when the man, the Immigration [officer] told me: You have to go through inspection. Okay, I said, why? [UI] oh, okay, so I [UI]. He said get out, open the trunk, and I got out. I didn't - -

**HARVEY:** The type and the [M] quantity [F] [SIC] of drugs or something in your car . . .

**TORRES:** I don't know, I - -

**HARVEY:** . . . they are, they are a lot of money.

**TORRES:** I saw that the car [OV] [UI] - -

**HARVEY:** And the [M] person [F] [SIC], the [M] person [F] [SIC] that is driving that car with those drugs is going to know who is the owner of the [M] drugs [F] [SIC]. Because the owner in the United States you are going to want- is going to want them. So they are not going to put a [M] person [F] [SIC] inside the car that doesn't know about the [M] drugs [F] [SIC].

**TORRES:** How [UI] I didn't understand. I don't understand you.

**HARVEY:** They are not going to put- they are not going to give you that car with those [M] drugs [F] [SIC] . . .

**TORRES:** Uh-huh.

**HARVEY:** If you don't know that drugs are inside.

**TORRES:** Meaning that they are not going to give me the car or what?

00:23:5500:23:55

**HARVEY:** With the [M] drugs [F] [SIC] inside. Do you understand me? I am saying that you were driving this car and you are going to tell me that you didn't know about the drugs? Because the type and the [M] quantity [F] [SIC] are a lot, are- the value is a lot, in dollars. The [M] person [F] [SIC] here in the States, who is the owner of the drugs . . .

**TORRES:** Uh-huh.

**HARVEY:** . . . is going to want them and they are not going to give the [M] drugs [F] [SIC] to a [M] person [F] [SIC] who doesn't know that they are in the [PL], the [S] car.

**TORRES:** Well, uhm, he is the one who was going to take the car. In fact I asked him what for.

**HARVEY:** But, but right now it is not in him [SIC] is in yours [SIC]. You are here with us - -

**HARVEY:** Well yes.

**HARVEY:** - - and you are going to go to jail and he is walking. He is in Mexicali doing the same [M] thing [F] [SIC] again and you are here and you think- What, what is he going to do? He is going to grab another, another woman, another person and is going to be in same [SIC] thing. He is going to give her a car, and is going to get it across and they are going to pay another person.

**TORRES:** But he did not give me the car; he did not give me the car. The truth [UI]

00:25:0200:25:02

**HARVEY:** Well, yes, he did not give to you, well he took your car to put, put drugs inside.

**TORRES:** Because he doesn't have money. His parents have a business.

**HARVEY:** Well, he's working for another person.

**TORRES:** Well he never told me anything about that. He didn't tell me that- What I do know is that he consumes and that he does: You know what? I am going to go buy.

**HARVEY:** So you know that [OV] - -

**TORRES:** [UI] [OV]

**HARVEY:** - - [OV] you know that is- you are with a [M] person [F] [SIC] who use [SIC] and knows people who that are trafficking drugs?

**TORRES:** Uh-huh.

**HARVEY:** You know that?

**TORRES:** Uh-huh.

**HARVEY:** Okay.

**TORRES:** But I, like that- I knew that he does something, that he engages in trafficking? I have never seen him [UI] [OV]

**HARVEY:** [OV] But you know that he knows people that - -

**TORRES:** Yes, yes.

**HARVEY:** - - engage in drug trafficking.

**TORRES:** Yes, well yes. Those that they call "tienditas", I don't know what they call them. That he goes in a house and buys. Yes, well it is for his use.

**HARVEY:** Okay.

**TORRES:** In fact I didn't even want to talk to him but I wanted him to go and pay, pay the Banco Azteca. It is that he owes there at Banco Azteca and I am his guarantor [OV].

**HARVEY:** He [OV], he owes a lot of money?

**TORRES:** Yes because he used that credit card.

**HARVEY:** How much, how much money does he owe?

**TORRES:** Like 29,000 pesos that he got into by spending, and I am his guarantor.

**HARVEY:** [UI] [OV]

**TORRES:** So I told him [OV] [UI]

**HARVEY:** [OV] [UI] *He owes 29,000 on a credit card.* In which bank?

**TORRES:** Banco Azteca.

**HARVEY:** Banco Azteca? And of this [SIC] 29,000 what is it from?

**TORRES:** Uh?

**HARVEY:** What is that 29,000 from? From many different things, or?

**TORRES:** Yes, well they say that he paid, since I receive the statement, he paid for many things.

**HARVEY:** Yes?

**TORRES:** He went and paid uhm, at a store, bought at another store, like that.

**HARVEY:** And what does he do for work?

**TORRES:** He used to work in . . .

**HARVEY:** No, what he does for work right now.

**TORRES:** Well, what does he do? Well, right now he wasn't working because he came from Sinaloa. Well, I found him, so I asked him: What happened? You left me here all here, you didn't pay anything. I did you a favor - -

00:27:0500:27:05

**HARVEY:** Uh-huh.

**TORRES:** - - you have to pay. That is, a favor so that they will give him credit. I signed because they need someone who had a house, okay.

**HARVEY:** So right now Gustavo wasn't working?

**TORRES:** No, because he went to Sinaloa and supposedly [UI]. Okay, I told him, I want you to go, we both go and go make an agreement that you are going to pay and that they don't send me repossession papers at my house.

**HARVEY:** And how long have you, uhm known or you have gone with this person, as boyfriend and girlfriend [OV].

**TORRES:** [OV] Well, it is like three years that I have known him.

**HARVEY:** But how many, how much time, boyfriend and girlfriend.

**TORRES:** Well about two years more or less, about the same.

**HARVEY:** Yes?

**TORRES:** Yes.

**HARVEY:** And he is not working right now. What does he work [SIC] uhm, worked?

**TORRES:** His parents.

**HARVEY:** Excuse me?

**TORRES:** His parents. He lives at home, he doesn't have a house, he lives with his parents. He is not married.

00:28:0200:28:02

**HARVEY:** And does he have a car? [HARVEY'S HEAD BLOCKS TORRES' FACE ON AND OFF THROUGHOUT THE INTERVIEW. NON VERBAL RESPONSES CANNOT ALWAYS BE SEEN] He doesn't have a car?

**TORRES:** He worked with a man.

**HARVEY:** With a ma - -

**TORRES:** - - Impor- uhm - -

**HARVEY:** What, what - -

**TORRES:** - - he sold cars.

**HARVEY:** Oh, okay.

**TORRES:** He sold cars. He [UI] He has one of those [UI].

**HARVEY:** Which [SIC] is his date of birth?

**TORRES:** He has a restaurant. Gustavo's?

**HARVEY:** Yes.

**TORRES:** It's like June 8th.

**HARVEY:** June 8th?

**TORRES:** Something like that.

**HARVEY:** Of which year?

**TORRES:** He is thirty-one. What year would that be?

**HARVEY:** He is thirty-one right now, so . . .

**ESTRADA:** Thirty-seven? Thirty - -

**HARVEY:** Sixty-seven?

**TORRES:** Seventy, seventy . . . seven, around there, seventy-eight. Seventy-five, no?

**HARVEY:** Six.

**ESTRADA:** [UI] He will turn thirty-two on this year?

**TORRES:** No [UI] [OV]

**ESTRADA:** He is already thirty-one years old?

**TORRES:** Uhm, he already is, Uh-huh.

**ESTRADA:** Seventy five.

**TORRES:** Uh-huh, more or less.

**HARVEY:** So he has- he doesn't work but he had restaurant [SIC] and all that?

00:29:0300:29:03

**TORRES:** He worked for somebody.

**TORRES:** Oh, for somebody.

**TORRES:** For a friend.

**HARVEY:** That's it.

**TORRES:** But there he also gave me- You know what? Your bill [UI] Nextel, [UI] that the cars, getting them parts, and uhm, had a restaurant.

**HARVEY:** Okay.

**TORRES:** Fajitas Express is the name of the restaurant [UI]

**HARVEY:** *[UI] anything?* You have something else that you can tell us in this, today's situation? About what happened with the car or something like that?

**TORRES:** It is that I imagine that [UI]

**HARVEY:** Because we, what we are going to - what is going to happen right now is, we are going to make a report of your story. We are going to give it to the attorneys and to the

judge. He is going to see it and from there, uhm, you are going to go before the judge, uhm on Monday.

00:30:0900:30:09

**TORRES:** And the attorney?

**HARVEY:** Excuse me? You will see him on Monday.

**TORRES:** Can I hir- bring an attorney? Can I bring one?

**HARVEY:** From Mexico?

**TORRES:** Uh-huh.

**HARVEY:** Uhm, I don't know how that happen [SIC}, but ask [UI] [OV]

**TORRES:** [UI] It is that since it is a different state here, well, I don't know.

**HARVEY:** I don't know how that happen [SIC], but the attorney you talk [to] on Monday, ask him that question. He can tell you more because we don't know about that. But you can ask him that. Okay. Do you have uhm, problems medically [SIC]?

**TORRES:** Yes, well in fact they were going to do a - that where they put a little camera inside you.

**HARVEY:** Oh yes?

**TORRES:** Uh-huh, I had an ulcer.

00:31:0100:31:01

**HARVEY:** But right now do you have serious problems, or not?

**TORRES:** Well, I get dizzy a lot and feel a lot like vomiting.

**HARVEY:** Okay.

**TORRES:** I had just gone to, to the stomach specialist.

**HARVEY:** Okay. Uhm, and because you are a [F] uhm citizen [M] of Mexico [SIC]?

**TORRES:** What?

**HARVEY:** *Uhm, how do you say citizen?*

**ESTRADA:** Because you are you citizen of Mexico.

**HARVEY:** Citizen [F].

**ESTRADA:** *For the notification?*

**HARVEY:** *Yeah, do you wanna ask her?*

**ESTRADA:** Do you want us to not- to let the Consulate of Mexico know, notify them that you are detained here?

**HARVEY:** That decision is yours. If you don't want to, no, we don't notify, but we have to ask.

**TORRES:** And that? How? What for?

**ESTRADA:** It is just so that the Mexican Consulate know that a Mexican citizen is detained in the United States and it is your decision if you want us to let them know or not.

**TORRES:** And what happens if yes or what happens if not? [UI]

**HARVEY:** No, no - -

**ESTRADA:** No - -

**HARVEY:** - - they not- they are going to notify your family, something like that, but you can notify your family talking from the [M] jail [F] [SIC] so, uhm, uhm, this is what you want?

**TORRES:** Well, no, I would say no, I don't know.

**HARVEY:** And the [F] Gustavo [M] [SIC] how does he look?

**TORRES:** Eh?

**HARVEY:** How does he look?

**TORRES:** His appearance?

**HARVEY:** Yes.

**TORRES:** Well, [RINGTONE] [OV] [UI] hair standing up.

**HARVEY:** Excuse me?

**TORRES:** Hair standing up.

00:32:3400:32:34 [1:54:01 appears on the recording]

**[The above is a 31 page accurate transcription-translation of the portion from 01:26:29 until 1:54:01(time on screen) of the video recorded interview of Martha Lilia Torres from Spanish into English to the best of my knowledge and ability. Certified on July 25, 2008.**

**Oscar Gonzales, Interpreter, U.S. Courts Certification No. 00-028.]**