UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA LILIA TORRES,<br>Defendant. | Criminal Case No. 08CR1463-BTM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Response in Opposition to Defendant's Motions to Compel Discovery, Preserve Evidence, Suppress Statements, Dismiss the Indictment Due to an Unconstitutional Drug Statute, Dismiss the Indictment Due to Improper Grand Jury Instructions, and Grant Leave to File Further Motions** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Erica Kristine Zunkel
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Email: erica_zunkel@fd.org
*Lead Attorneys for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2008

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney