KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA LILIA TORRES,<br><br>Defendant. | Criminal Case No. 08CR1463-BTM<br><br>Date: August 8, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 15<br><br>The Honorable Barry T. Moskowitz<br><br>**MOTION TO SHORTEN TIME** |

The United States requests an order shortening time to August 5, 2008, to file its response in opposition to Defendants' various motions to dismiss, suppress, and compel, which have been filed at Docket Nos. 10 and 15, in light of the fact that counsel spent the past two weeks preparing for a juvenile trial that was scheduled for August 5, 2008 before the Honorable William Q. Hayes.

DATED: August 5, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Joseph J.M. Orabona
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA LILIA TORRES,<br>Defendant. | Case No. 08CR1463-BTM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Motion to Shorten Time**, as lead counsel for the United States, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Erica Kristine Zunkel
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101-5008
   Tel: (619) 234-8467
   Email: erica_zunkel@fd.org
   *Lead Attorney for Defendant Parker*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney