UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTHA LILIA TORRES,<br>Defendant. | ) | Case No. 08CR1463-BTM<br><br>ORDER |

Upon motion of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED that the United States' response in opposition to defendants' motions, filed on Docket Nos. 10 and 15, is to be filed no later than August 5, 2008.

DATED: August 5, 2008

Honorable Barry Ted Moskowitz
United States District Judge